**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CHARLES HAMNER**                                                                          **PLAINTIFF**
**ADC #143063**

**v.**                                              **No. 4:26-cv-00379-LPR-BBM**

**WILLIAM FRANKLIN
STRAUGHN,** *et al.*                                                              **DEFENDANTS**

## ORDER

On April 16, 2026, Plaintiff Charles Hamner, an inmate at the Ouachita River Unit of the Arkansas Division of Correction, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] The Complaint was accompanied by a Motion for Leave to Proceed *in forma pauperis*.[2] On April 20, 2026, Magistrate Judge Moore entered an Order denying the IFP Motion, finding that Mr. Hamner was a three-striker and had not demonstrated his eligibility to proceed *in forma pauperis*.[3] Judge Moore gave Mr. Hamner thirty days to pay the $405 filing fee.[4] And she warned Mr. Hamner that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[5]

Mr. Hamner has not complied with or otherwise responded to Judge Moore's April 20, 2026 Order, and the time for doing so has expired. Accordingly, Mr. Hamner's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies,

---

[1] Compl. (Doc. 2).

[2] Doc. 1.

[3] Order (Doc. 4).

[4] *Id.* at 3–4.

[5] *Id.* at 4.

pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.[6]

IT IS SO ORDERED this 10th day of June 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[6] The Court notes that it thinks the imminent-danger question might be a much closer call than Judge Moore's April 20, 2026 Order suggests.  But that is not especially relevant at this point.  If Mr. Hamner disagreed with Judge Moore's Order, he could have appealed it to the undersigned.  He did not do so.  Instead, he simply ignored the Order and failed to comply with its requirements.  That makes a 5.5(c)(2) dismissal appropriate.